# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GABRIS,<br><br>        Plaintiff(s),<br><br>v.<br><br>ASEMBIA, LLC,<br><br>        Defendant(s). | Case No. 2:21-cv-01488-GMN-NJK<br><br>**Order**<br><br>[Docket No. 7] |

Pending before the Court is a motion to extend the service deadline by 60 days. Docket No. 7. The Court may extend that deadline even without a showing of good cause. *See* Fed. R. Civ. P. 4(m). The Court will allow the extension. Accordingly, the motion to extend is **GRANTED** and the service deadline is **EXTENDED** to January 7, 2022.

The Court is concerned by counsel's representations that his client is unresponsive to communications. Unless a motion to withdraw has been filed by that point, Plaintiff must file a status report on this communication issue by December 6, 2021.

IT IS SO ORDERED.

Dated: November 8, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1