# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GABRIS,<br>    Plaintiff(s),<br>v.<br>ASEMBIA, LLC,<br>    Defendant(s). | Case No. 2:21-cv-01488-GMN-NJK<br>**Order**<br>[Docket No. 11] |

Pending before the Court is Plaintiff's counsel's motion to reschedule the hearing on his motion to withdraw.  Docket No. 11.  For good cause shown, that motion is **GRANTED** and the hearing is **ADVANCED** to 10:00 a.m. on December 21, 2021.  Both **Plaintiff himself** and Plaintiff's counsel must appear for the hearing.  **FAILURE TO APPEAR AS ORDERED MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**  Plaintiff's counsel must promptly serve Plaintiff with a copy of this order.  Plaintiff's counsel must file a proof of service by December 10, 2021.

IT IS SO ORDERED.

Dated: December 9, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1