UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES GABRIS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ASEMBIA, LLC,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01488-GMN-NJK<br><br>**CORRECTED Order**<br><br>[Docket No. 11] |

Pending before the Court is Plaintiff's counsel's motion to reschedule the hearing on his motion to withdraw. Docket No. 11. For good cause shown, that motion is **GRANTED** and the hearing is **ADVANCED** to 10:00 a.m. on December 20, 2021. Both **Plaintiff himself** and Plaintiff's counsel must appear for the hearing. **FAILURE TO APPEAR AS ORDERED MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.** Plaintiff's counsel must promptly serve Plaintiff with a copy of this order. Plaintiff's counsel must file a proof of service by December 10, 2021.

　　　IT IS SO ORDERED.

　　　Dated: December 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge